AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF    NEVADA

NORMAN MILLER, *et al.*,

     Plaintiffs,          JUDGMENT IN A CIVIL CASE

   V.

                              CASE NUMBER:  **3:15-cv-00400-RCJ-VPC**

MOORE STEPHENS WURTH FRAZER
and TORBETT, LLP*, et al.,*

     Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss is GRANTED.  The third cause of action is DISMISSED.

January 26, 2016                                 **LANCE S. WILSON**
                                                         Clerk

                                                        /s/ J. Cotter
                                                       Deputy Clerk